UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                Case No.: 8:13-cr-189-VMC-TGW

NELSON ELICIER MILLAN

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Nelson Elicier Millan's pro se motion for early termination of supervised release (Doc. # 432), filed on October 3, 2022. The United States responded on October 13, 2022. (Doc. # 434). For the reasons that follow, the motion is granted.

**Discussion**

Pursuant to 18 U.S.C. § 3583(e),

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

1

On February 6, 2014, Mr. Elicier Millan was sentenced to 108 months' imprisonment, followed by 36 months of supervised release, for possessing a firearm after being convicted of a felony in violation of 18 U.S.C. § 922(g). (Doc. # 314). Mr. Elicier Millan has approximately 14 months remaining on his term of supervised release. (Doc. # 432 at 4).

Mr. Elicier Millan now seeks early termination of his supervised release. He emphasizes that he has complied with all conditions of supervised release, that he has "fully obey[ed] the law and diligently compl[ied] with the requirements of Probation," and that he has "lived a productive lifestyle by holding steady employment while supporting his family." (Doc. # 432 at 2). According to Mr. Elicier Millan's probation officer, "the defendant has maintained stable residence and employment since commencing supervision and has been otherwise compliant with his conditions of probation." (Doc. # 434 at 1).

The probation officer does not object to early termination of Mr. Elicier Millan's supervised release, and the United States has requested that the Court grant his motion. (Doc. # 434 at 1-2). In light of Mr. Elicier Millan's good conduct on supervised release and the consent of the probation officer and the government, the Court agrees that

Mr. Elicier Millan's supervised release should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Nelson Elicier Millan's motion for early termination of supervised release (Doc. # 432) is **GRANTED.** Nelson Elicier Millan is discharged from supervised release effective immediately.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of October, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3